UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8            UNITED STATES  DISTRICT COURT

9            Northern District of California

10                San Francisco Division

11   JOSE CRUZ, et al.,                              No. C 15-00585 LB

12                     Plaintiffs,          **ORDER GRANTING PLAINTIFFS'**
                                            **REQUEST TO FILE A LATE**
          v.                                **OPPOSITION**
13
     AURORA LOAN SERVICES LLC,
14
                     Defendant.
15   _____/

16       In this mortgage- and foreclosure-related action, Defendant has moved to dismiss Plaintiffs'

17   complaint.  Defendant filed and served its motion on March 16, 2015, which means, under this

18   district's civil local rules, that Plaintiffs' opposition was due on March 30, 2015.  That day came and

19   went, but Plaintiffs never filed an opposition.  After Defendant filed a notice of non-opposition on

20   April 8, 2015, Plaintiffs filed an opposition the next day.  In a declaration attached to the untimely

21   opposition, Plaintiffs' counsel states that his office's calendar clerk mistakenly thought the

22   opposition was due nine calendar days before the hearing on the motion (as he says is the rule in

23   state court).  He therefore asks the court to consider his late opposition.  He says that this will cause

24   no prejudice because Defendant still may have seven calendar days to file a reply (in accordance

25   with this district's civil local rules) and there still will be enough time for the court to consider the

26   briefing because the motion is not set for hearing until May 7, 2015.  Defendant has not filed

27   anything indicating that it opposes Plaintiffs' request and in fact filed its reply to Plaintiffs'

28   opposition seven days after the opposition was filed.

1    Upon consideration of Plaintiffs' request, the court grants it.  The court will consider Plaintiffs'

2  late opposition and Defendant's reply.

3    **IT IS SO ORDERED.**

4  Dated: April 17, 2015

5    _____
LAUREL BEELER
United States Magistrate Judge

2