AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOSE CRUZ, BLANCA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:15-cv-00585-LB<br>Assigned to the Hon. Laurel Beeler<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Hearing Date:<br>Date:    May 14, 2015<br>Time:   11:00 a.m.<br>Crtrm.:  C - 15th Floor<br><br>Complaint Filed: December 19, 2014<br>Trial Date:          None |

The Court, having considered the Stipulated Request of plaintiffs Jose Cruz and Blanca Cruz (**plaintiffs**) and defendant Aurora Loan Services LLC (**Aurora**) to continue the case management conference set for May 14, 2015 at 11:00 a.m., as well as the deadline to file the Rule 26(f) report, complete initial disclosures, and file a Case Management Statement for at least ninety (90) days, and good cause appearing, the Court hereby orders as follows:

IT IS SO ORDERED that:

1. The Case Management Conference previously set for May 13, 2015 at 11:00 a.m. in Department C is continued until August 20, 2015 at 11:00 a.m., and the corresponding deadline are extended for 90 days.

//

{30945451;1}

2. The deadline for parties to file their Rule 26(f) reports, complete initial disclosures, and file a Case Management Statement is continued to August 13, 2015

Dated: May 8, 2015

_____
The Honorable Laurel Beeler
United States District Court Judge

**Cruz v. Aurora Loan Servicing, et al.**
**United States District Court – Northern District – San Francisco Division**
**Case No. 3:15-cv-00585-LB**

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 years and not a party to this action. This **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** filed through the ECF system was previously sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 8 day of May, 2015.

UNITED LAW CENTER
A Professional Law Corporation

By:   /s/ Kathy K. Pillado
      Kathy K. Pillado, Paralegal