UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOSE CRUZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AURORA LOAN SERVICES, LLC, <br><br> Defendant. | Case No. 15-cv-00585-LB <br><br> **ORDER** |

 Given the pending motion to withdraw at ECF No. 71 and the motion for sanctions at ECF No. 74, the court orders Mr. Sargetis to inform his clients of the pending motions, serve copies of the motions, the court's orders at ECF Nos. 60 and 61, the case-management filings at ECF Nos. 62, 63, and 65, and a copy of this order on the plaintiffs and to file proof of service no later than April 27, 2016. The plaintiffs are ordered to appear at the May 5 hearing in person. They are warned that their continued failure to participate in their litigation may result in the imposition of sanctions (including Aurora's fees and costs for the discovery violations) and the dismissal of their case for failure to prosecute it.

**IT IS SO ORDERED.**

Dated: April 25, 2016

                                LAUREL BEELER
                                United States Magistrate Judge

ORDER (No. 15-cv-00585-LB)